IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CRUTCHFIELD PROPERTIES, LLLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 4:17-CV-00076-WMR |
| | ) | |
| GLOBAL ENVIROTECH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Having reviewed the Plaintiff's Motion to Exclude Certain Testimony from Alan F. Weston, Ph.D. (the "Motion") [Doc 278] and all responses thereto, the Court hereby GRANTS the Motion, and excludes Dr. Weston from giving expert opinion testimony at trial regarding (1) specifically what caused the November 2015 fire at the OBM, and (2) which waste materials were present at the OBM at the time of the November 2015 fire. Dr. Weston will be able to testify about whether certain materials which were allegedly at the site would normally be considered to be combustible or self-igniting.

So ORDERED this 17th day of December, 2019.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE