IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRUTCHFIELD PROPERTIES, LLLP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLOBAL ENVIROTECH, LLC et al., ) <br> ) <br> Defendants. ) | Civil Action File No. <br> 4:17-CV-00076-WMR |

## **ORDER**

Having reviewed the Defendants' Motion to Exclude the Testimony of Plaintiff's Expert Duane Graves (the "Motion") [Doc. 280] and all responses thereto, and having heard oral argument on the Motion at a hearing on December 17, 2019, the Court hereby DENIES the Motion.

IT IS SO ORDERED, this 30th day of December, 2019.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE